UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TIMOTHY McCAMEY,

          Plaintiff,

   vs.

SUPERINTENDENT UTTECHT, MARK
KUCZA, JOHN DOE PROPERTY
SERGEANT, JOHN DOE PROPERTY
OFFICER, and JERRY NETTLES,

          Defendants.

NO. CV-08-305-CI

**ORDER ADOPTING REPORT AND
RECOMMENDATION, DENYING *IN FORMA
PAUPERIS* STATUS, AND DISMISSING
ACTION**

Magistrate Judge Imbrogno filed a Report and Recommendation on February 9, 2009, recommending Mr. McCamey's Application to Proceed *in forma pauperis* be denied and this action be dismissed.

There being no objections, the Court **ADOPTS** the Report and Recommendation. **IT IS ORDERED** Plaintiff is **DENIED** *in forma pauperis* status for failure to comply with 28 U.S.C. § 1915(a)(2), and this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 1

1 last known address and close the file.

2    **DATED** this 24th   day of March, 2009.

3

4                              s/Edward F. Shea
                            EDWARD F. SHEA
5                    UNITED STATES DISTRICT JUDGE

6

7  Q:\Civil\2008\8cv305ci-3-23-adpdenifp.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS*
STATUS AND DISMISSING ACTION -- 2