AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Timothy McCamey,

PLAINTIFF

JUDGMENT IN A CIVIL CASE

v.

Uttecht, et al

CASE NUMBER: CV-08-305-CI

DEFENDANT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff is DENIED in forma pauperis status for failure to comply with 28 U.S.C. § 1915(a)(2), and this action is DISMISSED WITHOUT PREJUDICE.

March 24, 2009                                  JAMES R. LARSEN
*Date*                                          *Clerk*
                                                s/ Vikki Johnson
                                                *(By) Deputy Clerk*
                                                Vikki Johnson